## (September 24, 1982)

■ In the Matter of RUFUS HARRISON, Appellant, v DISTRICT ATTORNEY OF KINGS COUNTY, Respondent. — Appeal from a judgment of the Supreme Court at Special Term (Walsh, J.), entered April 5, 1982 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to, *inter alia*, annul his judgment of conviction. Upon summary consideration, order appealed from affirmed, without costs, upon the ground that the appeal is patently without merit. Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.

■ MARCELLA H. SCHMIDT et al., Respondents, v S. M. FLICKINGER Co., et al., Appellants. — Motion to resettle order granted, without costs, to the extent that order entered June 28, 1982 is modified to indicate that the reversal was on the law and the facts. Mahoney, P. J., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur.